UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              CR. 07-131-10
                                                Judge RobertsON

DEBORAH JONES

**MOTION TO AMEND CONDITIONS OF
RELEASE PURSUANT TO 18 U.S.C. § 3145**

FILED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Deborah Jones, through counsel Heather Shaner, now moves this honorable Court to follow the recommendation of the Pretrial Servicees Agency and amend the conditions of release set by the Magistrate on May 29, 2007. Ms. Jones is an excellent candidate for Personal Recognizance as is the recommendation of Pretrial Services. Her address and employment have been verified. She is not a risk of flight. She has no prior convictions. She does not suffer from mental illness or alcohol or substance abuse. She is not on probation or parole. She is charged as a so called "facilitator" in two counts of a seventy –five count indictment. She is not charged with threats, weapons offenses or violence. Ms. Jones respectfully requests the Court amend her conditions of release from No Bond to Personal Recognizance or to any other release program sponsored by Pretrial Services for which she is found to be eligible. In support of this request the defendant states as follows:

1.   Ms. Jones is a citizen of the United States of America;

2.   She has lived in the District of Columbia her entire life.   Her

RECEIVED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

address is verified. Her entire family, her mother, father sister, cousins, aunts, uncles and her extended family all live in the Washington, D.C. metro area.

3. Ms. Jones employment is verified and stable. She is employed with Capital Computer Solutions as an accountant. She has been employed there sincee 2003.

4. No cases are pending against her in the District of Columbia or elsewhere.

5. She is not on probation. She is not on parole.

6. She has no history of mental illness or substance abuse.

7. Ms. Jones assists in the health care of her mother, Denice Jones, who is on dialysis bi weekly for kidney failure and suffers from vision problems.

8. Ms. Jones is an excellent candidate for release on Personal Recognizance. That was the recommendation of Pretrial Services. Should the Court however require additional supervision, Ms. Jones can be released to the Pretrial Services Heightened Supervision Program or to another intensive supervision program of Pretrial Services. If the Court however should order the defendant be released to Heightened Supervision, he will be subject to strict supervision. If there is any concern by his PTS supervisor, he will be placed on electronic supervision.

9. Ms. Jones would conform to whatever conditions of release the Court would order to satisfy its concern about the safety of the community

or to assure the Court he is not a risk of flight.

10. Ms. Jones is a twentyty six year old woman. She is a lifetime D.C. resident. She has an excellent employment history. She has no criminal convictions and no history of substance abuse. She is charged as an aider and abettor in a drug conspiracy. She is charged with one overt act.

11. Ms. Jones respectfully asks the Court to review the Indictment and to weigh it in light of her lifetime D.C. residency and the competent supervision available to the Court through the Pretrial Services Heightened Supervision Program of the United States District Court.

12. Ms. Jones requests an immediate hearing on this bond review motion and respectfully states that the Court can reliably set conditions of release to assure her presence in Court to defend herself against these allegations and to adequately protect the community.

**WHEREFORE** Ms. Joness begs the Court to Amend the conditions of release from No Bond and to release on whatever terms will satisfy the Court's concerns for the safety of the community and to minimize any risk of flight. Ms. Jones requests the Court adopt the recommendation of the Pretrial Services agency whose mandate is to make appropriate bond recommendations to the Court.

Respectfully submitted,

H. Heather Shaner  # 273 276
Counsel to Deborah Jones
1702  S  Street  Northwest
Washington, D.C.  20009
Tel.  202  265 8210

## CERTIFICATE OF SERVICE

A copy of this Motion was faxed to Ausa Lal at his office 555 Fourth St. N.W. Washington, D.C. 20530 this thirtieth day of May 2007 by,

*H. Heather Shaner*
H. Heather Shaner