UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.    CR. 07-131- 10

DEBORAH JONES

## ORDER

In light of the defendant's Motion to Amend Conditions of Release to Personal Recognizance and the government's response thereto:

It is hereby Ordered that the defendant be released on her personal promise to return to Court with ~~the following~~ conditions: *announced in open court.*

So Ordered this _11th_ day of June 2007.

_____
James Robertson,
United States District Judge