UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       v.                                CR. 07-131
                                            Judge Robertson

DEBORAH JONES


## MOTION TO AMEND CONDITIONS OF RELEASE PURSUANT TO 18 U.S.C. § 3145

Ms. Deborah Jones, through counsel Heather Shaner, now moves this honorable Court to follow the original recommendation of the Pretrial Services Agency and amend the conditions of release set by the Court from High Intensity Supervision to Personal Recognizance. Ms. Jones is an excellent candidate for Personal Recognizance as was the original recommendation of Pretrial Services.

Denise Jones Lofties is the mother of Deborah Jones. At this time she requires daily surgical aftercare which Deborah Jones is providing. Ms. Lofties suffers from multiple health problems including diabetes, kidney failure requiring dialysis twice a week and severe vision problems. On August 1, 2007 Ms. Loftie,s who is blind in her right eye, had retina sugery on her left eye. According to the office of The Retina Group of Clinton, Maryland, Dr. William Phillips performed a vitrectomy on Ms. Lofties August 1, 2007. At this time she has no vision in her left eye and may be totally blind for an indeterminate time. She must remain is a confined position to permit the retina to heal. She has a hemmorage in her eye. She requires 24 hour care. At this time Ms. Jones is caring for her mother before and

after work. Ms. Jones lives in Fort Washington, Maryland. Ms. Jones is employed full time and works as a government contract employee in Alexandria, Virginia. Her address and employment have been verified. Her mother lives at 4908 Fitch Place N.E. Washington, D.C..

Ms. Jones now requests that she be removed from the constraints of Hign Intensity Supervision and be placed on Personal Recognizance to permit her to provide aftercare to her mother as needed. Because of her added responsibilities of caring for her mother and the uncertainty of when she can safely leave her mother or when another caregiver will arrive, she is now requesting that she be released from High Intensity supervision which requires her to be in her apartment at a time specific. Under the circumstances it is difficult to plan adequately to insure she get from her mother's home to her apartment on time every day.

She has been in good compliance with High Intensity Supervision. Yesterday she was three minutes late and is now required to be in her apartment at 8:00 PM. This disallows her from caring for her mother in the evening at all. She has no new arrests. She is not a risk of flight. She has no prior convictions. She does not suffer from mental illness or alcohol or substance abuse. She is not on probation or parole. She is charged as a so called "facilitator" in two counts of a seventy –five count indictment. She is not charged with threats, weapons offenses or violence. Ms. Jones respectfully requests the Court amend her conditions of release from High Intensity Supervision to Personal Recognizance.

Ms. Jones is an excellent candidate for release on Personal Recognizance. That was the original recommendation of Pretrial Services.Ms. Jones would conform to whatever conditions of release the Court would order to satisfy its concern about the safety of the community or to assure

the Court she is not a risk of flight.

Ms. Jones requests an immediate hearing on this bond review motion. Counsel was unable to speak with AUSA Lal or Cohen to get their position on this request.

**WHEREFORE** Ms. Jones begs the Court to Amend the conditions of release.  Ms. Jones requests the Court adopt the original recommendation of the Pretrial Services agency whose mandate is to make appropriate bond recommendations to the Court.

Respectfully submitted,

H. Heather Shaner  # 273 276
Counsel to Deborah Jones
1702  S  Street    Northwest
Washington, D.C.  20009
Tel.   202  265 8210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                            CR. 07-131

**DEBORAH JONES**

### ORDER

It is hereby Ordered that Deborah Jones Motion for Review of Bond be Granted and she is released forthwith on Personal Recognizance.

**So Ordered** this _____ of August 2007.

_____

Honorable Judge James Robertson

cc. PTS
Arvind Lal AUSA
Heather Shaner, Esq.