FILED
AUG 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                               CR. 07-131 - 10 (JR)

**DEBORAH JONES**

### ORDER

It is hereby Ordered that Deborah Jones Motion for Review of Bond be Granted and she is released forthwith on Personal Recognizance, upon condition that she maintain her residence address and employment and contact Pretrial Services by telephone weekly.

**So Ordered** this ___14th___ of August 2007.

```
                                    _____
                                         JAMES ROBERTSON
                                    United States District Judge
```

cc. PTS
Arvind Lal AUSA
Heather Shaner, Esq.