UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.                                :          CR. NO. 07-131-ALL (JR)

JAMES BECTON ET AL                :

ORDER

Because of the length and complexity of the proceedings in the above captioned matter, CJA appointed counsel may use the following procedures to obtain interim payments during the course of their representation:

Counsel may submit to the Office of the Federal Defender Interim CJA Form 20 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

The first interim voucher, due on the sixth day of the month following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment.

Thereafter, counsel shall submit interim vouchers every 30 days as set forth above. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek hourly compensation exceeding

(N)

the $7,000.00 CJA per case ceiling, (excluding reimbursement sought for expenses), these vouchers must be approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers.

The notation "Final Voucher" should be typed at the top of the last Form 20 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

_10/4/07_  
DATE

_____  
JAMES ROBERTSON  
UNITED STATES DISTRICT JUDGE

_12/14/07_  
DATE

_____  
For DOUGLAS H. GINSBURG  
CHIEF JUDGE, U.S. COURT OF APPEALS  
D.C, CIRCUIT

cc:    Ericka Freeman
       CJA Panel Administrator
       Federal Defender Service
       Suite 555
       625 Indiana Avenue N.W.
       Washington, D.C. 20004

       All defense counsel