UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.  07-131 (JR) |
| v. : | |
| : | |
| JAMES BECTON et al., : | |
| Defendants. : | |
| : | |

UNOPPOSED MOTION TO EXTEND FILING DEADLINE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this unopposed motion to extend the deadline for filing the government oppositions to defendants' pre-trial motions.  In support of this request, the United States makes the following representations:

1.    The Court previously directed that motions were to be filed in this case by April 18, 2008; that responses were due May 20, 2008; and that the parties were to convene for a motions hearing on June 11, 2008.

2.    Through counsel, defendants James Becton, Willie Best, and Johnny Hodge have collectively filed over 20 motions to which the United States must respond.  While several of these motions were filed before the April 18 deadline, many more were filed after the April 18 deadline following requests from the defense to late-file the defense motions.  The United States did not oppose the defense requests to late-file motions, and the Court granted those requests. The most recent defense motions to which the United States must file responses were filed on May 8, 2008, following the Court's grant of permission to late-file (Documents 158-161).

3.    The United States seeks to enlarge the deadline for responding to the numerous defense motions by ten days, from May 20 to May 30, 2008.  Counsel for defendants Becton,

Best, and Hodge have no opposition to this request.

4.  The United States submits that the extended filing deadline requested herein will not interfere with proceeding with the motions hearing as scheduled on June 11, 2008.

WHEREFORE, the United States respectfully requests that the Court extend to May 30, 2008, the deadline for responding to defendants' motions.

                Respectfully submitted,

                JEFFREY A. TAYLOR, D.C. Bar # 498-610
                United States Attorney

By:        /s/
                ARVIND K. LAL, D.C. Bar # 389-489
                MATTHEW P. COHEN, D.C. Bar # 469-629
                Assistant United States Attorneys
                Organized Crime and Narcotics Trafficking Section
                555 4th Street, N.W., Rm. 4118 (Cohen)
                Washington, D.C. 20530
                (202) 514-7427 office
                (202) 514-8707 facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  07-131 (JR) |
| v. | : | |
| | : | |
| JAMES BECTON, et al., | : | |
| Defendants. | : | |
| | : | |

## ORDER

Based on the representations of the parties and the record herein, the government's Unopposed Motion to Extend Filing Deadline is GRANTED, and the government's responses to defense motions filed on or before May 8, 2008, shall be due by May 30, 2008.

IT IS SO ORDERED.

Date:                                                                    _____
                                                                         JAMES ROBERTSON
                                                                         UNITED STATES DISTRICT JUDGE