UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 07-131 (JR) |
| v. | : | |
| | : | |
| JAMES BECTON, et al., | : | |
| Defendants. | : | |
| | : | |

**FILED**

MAY 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the representations of the parties and the record herein, the government's Unopposed Motion to Extend Filing Deadline is GRANTED, and the government's responses to the motions filed by defendant Willie Best shall be due on or before by June 7, 2008 and any evidentiary hearings required by the motions filed by the defendants shall be continued to a date to be selected at the June 11, 2008 hearing.

IT IS SO ORDERED.

Date: 5/24/08

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE