UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA

          v.          Cr. No. 07-131-10

DEBORAH JONES


**ORDER**

The Court having considered the Defendant's Motion to Sever and the Government's response thereto hereby grants the defendant's Motion to Sever and sets the matter for Trial following the completion of Trial of the Co defendants.

So Ordered this _____ 2008.


_____

Judge James Robertson
U.S. District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Cr. No. 07-131-10

DEBORAH JONES

**<u>ORDER</u>**

The Court having considered the Defendant's Motion to Sever and the Government's response thereto hereby grants the defendant's Motion to Sever and sets the matter for Trial following the completion of Trial of the Co defendants.

So Ordered this _____2008.

_____

Judge James Robertson
U.S. District Court